IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| JONATHAN K. YU, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 11-cv-02758-AW |
| | * | |
| NIAGARA CREDIT SOLUTIONS, INC., *et al.*, | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Order**

The parties have stipulated to dismissal of this action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Accordingly, it is, this 16th day of February, 2012 ordered that:

1) The Clerk **CLOSE** this case; and

2) The Clerk transmit a copy of this Order to all parties of record.

/s/
Alexander Williams, Jr.
UNITED STATES DISTRICT JUDGE